IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRACY JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:07-1289 |
| v. ) | JUDGE HAYNES |
| ) | |
| CITY OF MURFREESBORO, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

An initial case management conference is reset for **Friday, February 29, 2008 at 2:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the 25th day of February, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge